# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 18-20464-CR-MARTINEZ/AOR

UNITED STATES OF AMERICA,

v.

JOSE RECINOS and
JOSE ROBERTO CRUZ-QUINTANILLA,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the government's request for Garcia Hearing [D.E. 15]. This matter was referred to the undersigned by the Honorable Jose E. Martinez, United States District Judge, pursuant to 28 U.S.C. 636 [D.E. 20]. The undersigned held a hearing on this matter on August 20, 2018.

At the hearing, the undersigned conducted a colloquy with Defendants Jose Recinos and Jose Roberto Cruz-Quintanilla pursuant to Federal Rule of Criminal Procedure 44(c) wherein each defendant was advised of the right to separate counsel and the ramifications of waiving that right. Each of the Defendants stated, under oath, that they understood the right to separate counsel and the ramifications of waiving that right.

Based on the proceedings held on August 20, 2018, the undersigned finds that Defendants Jose Recinos and Jose Roberto Cruz-Quintanilla have freely and voluntarily waived their right to separate counsel. Accordingly, it is RESPECFULLY RECOMMENDED that attorneys Bonnie Klapper, Esq., and Daniela Posada, Esq. be permitted to continue to represent Defendants through the anticipated change of plea, sentencing and post-sentencing proceedings. Should the expected resolution of the case not come to fruition, thereby requiring trial, the undersigned recommends

that the conflict issue be revisited at that time.

Pursuant to Local Magistrate Judge Rule 4(b), the parties have <u>fourteen</u> days from the date of this Report and Recommendation to file written objections, if any, with the Honorable Jose E. Martinez.  Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein.  <u>See</u> <u>Resolution Tr. Corp. v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993).  Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." <u>See</u> 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY SUBMITTED in Miami, Florida this 21st day of August, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Jose E. Martinez
       Counsel of Record