UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20464-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSE RECINOS and
JOSE ROBERTO CRUZ-QUINTANILLA,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON GARCIA HEARING

**THIS CAUSE** came before the Court upon the Government's Request for Garcia Hearing [ECF No. 15].

**THE MATTER** was referred to United States Magistrate Judge Alicia M. Otazo-Reyes, and accordingly, the Magistrate Judge conducted a hearing on August 20, 2018. A Report and Recommendation [ECF No. 27] was filed on August 21, 2018, recommending that attorney's Bonnie Klapper, Esq., and Daniela Posada, Esq be permitted to continue to represent Defendants through various hearings.

The parties were afforded the opportunity to file written objections if any, fourteen days from the date of the report, however none were filed. After a *de novo* review of the record and Magistrate Otazo-Reyes' well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 27] is hereby **ADOPTED AND AFFIRMED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __6__ day of September, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Gotazo-Reyes
All Counsel Of Record